**Kenny Odell JUSTICE, Plaintiff–Appellant,**

v.

**Debra ABERCROMBIE, Bob Dehart, et al., Defendants–Appellees.**

**No. 06–14978
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2007.

James A. Satcher, Jr., James A. Satcher, Jr., P.C., Rome, GA, for Plaintiff–Appellant.

Margaret T. Blackwood, Adam Lowell Appel, Carlock Copeland Semler & Stair, LLP, Eddie Snelling, Jr., Atlanta, GA, Jesse Anderson Davis, David Clarence Smith, Brinson, Askew, Berry, Seigler, et al., Rome, GA, for Defendants–Appellees.

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Kenny Odell Justice owned a duplex in Floyd County, Georgia. Debra Abercrom-

bie, Bob Dehart, and C.W. Sellers, M.D. are employees of the Floyd County, Georgia Board of Health. Mike Ashley and Ken Jones are employees of the Rome/Floyd County Building Inspection Department. Justice sued Abercrombie, Dehart, Sellers, Ashley, and Jones, in both their individual and official capacities, pursuant to 42 U.S.C. § 1983. The complaint alleged that Defendants violated Justice's federal constitutional rights when they caused their employers to condemn Justice's duplex.

The district court granted summary judgment for Defendants on each of Justice's claims. Justice appeals, and contends that the district court erred in finding that his substantive due process rights were not violated by the condemnation. Having considered the briefs, and relevant parts of the record, we find no reversible error in the district court's rejection of Justice's substantive due process argument.

AFFIRMED.